UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NGOC TRAN and MARKITA GUIDEN<br><br>Plaintiffs,<br><br>vs.<br><br>DAIYA HEALTHCARE PLLC, a Washington professional limited liability company; and BHUPINDER WALIA and "JANE DOE" WALIA, and their marital community,<br><br>Defendants. | Civil Action No. 2:21-CV-00649 JCC<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)** |

**JOINT STIPULATION OF VOLUNTARY DISMISSAL**

COME NOW Plaintiffs, and Defendants, by and through their respective undersigned attorneys, and pursuant to FRCP 41(a)(1)(A)(ii), hereby stipulate that all of Plaintiffs' claims and causes of action against Defendants should be dismissed with prejudice and without fees or costs to any party.

**DATED** this 3rd day of November, 2021.

BENNETT BIGELOW & LEEDOM, P.S.

By   s/ Erin C. Seeberger
    Erin C. Seeberger, WSBA No. 43809
Attorney for Defendants

JOINT STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii) - Page 1
(USDC No. 2:21-cv-00649-JCC)
03153-001.001\3187553.docx

LAW OFFICES
BENNETT BIGELOW & LEEDOM, P.S.
601 Union Street, Suite 1500
Seattle, Washington 98101-1363
T: (206) 622-5511  F: (206) 622-8986

1 | GORDON THOMAS HONEYWELL, LLP

2 | By  s/ Stephanie Bloomfield
3 |     Stephanie Bloomfield, WSBA #24251
    |     Andrea H. McNeely, WSBA #36156

4 | Attorneys for Plaintiffs

(lines 5–19 blank)

20 | JOINT STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii) - Page 2
(USDC No. 2:21-cv-00649-JCC)
03153-001.001\3187553.docx

LAW OFFICES
BENNETT BIGELOW & LEEDOM, P.S.
601 Union Street, Suite 1500
Seattle, Washington 98101-1363
T: (206) 622-5511  F: (206) 622-8986

# CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of November, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

*Counsel for Plaintiffs*
Stephanie Bloomfield
Gordon Thomas Honeywell, LLP - Tacoma
PO Box 1157
Tacoma, WA 98401-1157
Andrea H. McNeely
sbloomfield@gth-law.com
amcneely@gth-law.com

☐ Legal Messenger
☐ Facsimile
☒ ECF/Email
☐ 1st Class mail
☐ Federal Express

DATED this 3rd day of November, 2021.

By  s/ Erin C. Seeberger
   Erin C. Seeberger, WSBA No. 43809
Bennett Bigelow & Leedom, P.S.
601 Union Street, Suite 1500
Seattle, Washington 98101-1363
Telephone: (206) 622-5511
Fax: (206) 622-8986
Email:  eseeberger@bbllaw.com
Attorneys for Defendants

JOINT STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii) - Page 3
(USDC No. 2:21-cv-00649-JCC)
03153-001.001\3187553.docx

LAW OFFICES
BENNETT BIGELOW & LEEDOM, P.S.
601 Union Street, Suite 1500
Seattle, Washington 98101-1363
T: (206) 622-5511  F: (206) 622-8986